| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |   |
|---|---|---|
| DANA TOMPKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:18-CV-341 |
| | § | |
| RELIANCE STANDARD LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Plaintiff Dana Tompkins's Stipulation of Dismissal (#12), filed May 8, 2019, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 9th day of May, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE